# UNITED STATES DISTRICT COURT

_____ Northern _____ **District of** __ California __

| | |
|---|---|
| Roy Standridge, *et al.* | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Foster Wheeler LLC, *et al.* | |
| | CASE NUMBER: 3:17-cv-03283 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, Defendant Honeywell International Inc., *f/k/a* AlliedSignal Inc., Successor-in-Interest to The Bendix Corporation substitutes
(Party (s) Name)

__ Jessica J. Thomas __ , State Bar No. __ 235305 __ as counsel of record in place
(Name of New Attorney)

place of __ David Biderman __ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 275 Middlefield Road, Suite 100, Menlo Park, CA 94025-4004 |
| Telephone: | (310) 284-6171      Facsimile (650) 240-4303 |
| E-Mail (Optional): | jthomas@mwe.com |

I consent to the above substitution.

Date:   February 22, 2018

Susan Giniger
*/s/ Susan Giniger*
(Signature of Party(s))

I consent to being substituted.

Date:   February 23, 2018

David Biderman
*/s/ David Biderman*
(Signature of Former Attorney(s))

I consent to the above substitution.

Date:   February 27, 2018

*/s/ Jessica J. Thomas*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   2/28/18

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]